US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

MAR 3 1 2017

DOUGLAS F. YOUNG, Clerk
By
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

BRIAN SKENDER,     PLAINTIFF

vs.     Case No: 17-1025

C. MARSHALL FRIEDMAN, P.C.,
C. MARSHALL FRIEDMAN and
KENNETH E. RUDD, JOINTLY AND SEVERALLY     DEFENDANTS

IN THE CIRCUIT COURT OF ASHLEY COUNTY, ARKANSAS
CIVIL DIVISION

BRIAN SKENDER,     PLAINTIFF

vs.     Case No: CV-2017-042-1

C. MARSHALL FRIEDMAN, P.C.,
C. MARSHALL FRIEDMAN and
KENNETH E. RUDD, JOINTLY AND SEVERALLY     DEFENDANTS

NOTICE OF REMOVAL

TO THE CLERK OF THE ABOVE ENTITLED COURT:

PLEASE TAKE NOTICE that defendants, C. Marshall Friedman, P.C., C. Marshall Friedman, and Kenneth E. Rudd, Jointly and Severally, hereby remove to this Court the state court action described below.

1. That on or about March 6, 2017, an action was commenced by Plaintiff, Brian Skender, through counsel, in the Circuit Court of Ashley County, Arkansas, styled Brian Skender, Plaintiff, vs. C. Marshall Friedman, P.C., C. Marshall Friedman, and Kenneth E. Rudd, Jointly and Severally, as Defendants, Case No. CV-2017-042-1.

2. Defendants were served with Summons and Complaint on or about March 14,

2017. Pursuant to 28 U.S.C. § 1446(a) this Notice has been timely filed. A copy of the process of service, the complaint, and all other pleadings served on Defendants in the state court action are attached hereto and referred to herein as Exhibit "A".

3.   This action is a civil action which this Court has jurisdiction over pursuant to 28 U.S.C. § 1332(a) in that there is complete diversity of the parties and the amount in controversy exceeds the minimum amount for Federal diversity jurisdiction.

WHEREFORE, Defendants, C. Marshall Friedman, P.C., C. Marshall Friedman, and Kenneth E. Rudd, pray that this action be removed to the United States District Court for the Western District of Arkansas, El Dorado Division.

Dated this 22nd of March, 2017.

> C. Marshall Friedman, P.C.,
> C. Marshall Friedman and
> Kenneth E. Rudd, Defendants
>
> ROBERTSON, BEASLEY, SHIPLEY
> & ROBINSON, PLLC
> 315 N. 7th Street
> P. O. Drawer 848
> Fort Smith, AR 72903-0848
> PH: (479) 782-8813
> Fax: (479) 785-0254
>
> _____
> Alfred F. Angulo, Jr.
> State Bar No. 81003
> Attorney for Defendants

## CERTIFICATE OF SERVICE

    I, Alfred F. Angulo, Jr., hereby certify that I have this 30th day of March, 2017, served a true and correct copy of the above and foregoing pleading upon the opposing counsel by placing same in the U.S. Mail, postage pre-paid, addressed as follows:

Sandra C. Bradshaw
P. O. Box 249
215 Main Street
Crossett, AR 71635

John Ogles
Ogles Law Firm, P.A.
200 S. Jeff Davis
P. O. Box 891
Jacksonville, AR 72078

_____
Alfred F. Angulo, Jr.