IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION


BRIAN SKENDER                                                    PLAINTIFF


v.                              Case No. 1:17-cv-01025


C. MARSHALL FRIEDMAN, P.C.,
C. MARSHALL FRIEDMAN and
KENNETH E. RUDD, Jointly and Severally                           DEFENDANTS

## ORDER

Before the Court is a Motion to Reinstate Case on Docket filed by Plaintiff Brian Skender

("Plaintiff").  ECF No. 9.  Plaintiff moves the Court to enter an order lifting the stay entered in this

matter on July 10, 2017, and to establish a scheduling order to govern further proceedings in this

action.  Defendants are unopposed to the motion.

Upon consideration, the Court finds that the stay in this matter should be lifted and that this

matter should be reinstated on the Court's docket.  Accordingly, Plaintiff's Motion to Reinstate

Case on Docket (ECF No. 9) is **GRANTED**.  The Court will enter a scheduling order in this matter.

**IT IS SO ORDERED**, this 20th day of April, 2018.

                                        /s/ Susan O. Hickey
                                        Susan O. Hickey
                                        United States District Judge