IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

BRIAN SKENDER,                                                                    PLAINTIFF

VS.                              NO. 1:17-CV-01025-SOH

C. MARSHALL FRIEDMAN, P.C.,
C. MARSHALL FRIEDMAN AND
KENNETH E. RUDD, JOINTLY AND
SEVERALLY                                                                         DEFENDANTS

REPLY TO DEFENDANTS' RESPONSE TO MOTION
TO SUPPLEMENT AND RE-BRIEF
PLAINTIFF'S RESPONSE TO DEFENDANTS'
MOTION TO DISMISS WITH BRIEF INCORPORATED

Comes the Plaintiff, Brian Skender, and for his reply to Defendants' response to motion to supplement and re-brief Plaintiff's response to Defendants' motion to dismiss with brief incorporated, states:

1. That the reason the parties started depositions so late was because opposing counsel had health issues and the parties agreed to wait until 2019 to conduct depositions.

2. That the Plaintiff's motion was filed as soon as Plaintiff received Kenneth Rudd's deposition which is very important.

3. It would be unfair to Plaintiff for Defendants to be allowed to wait two years to file their motion to dismiss and Plaintiff not be allowed to properly respond.

4. Evidence of Defendants' fraudulent behavior in hiding their negligence is something

the Court needs to consider. Jackie Harris confirms Plaintiff's theory. Kenneth Rudd confirms Plaintiff's theory. Mr. Rudd admits that he did not tell Plaintiff the case was dismissed, appealed, remanded, dismissed again and affirmed on appeal. Jackie Harris testified he would never do business this way. This is important.

5. The same conduct that is a violation of the Rules of Professional Conduct is also evidence of negligence.

WHEREFORE, Plaintiff, Brian Skender, requests this Court grant his motion to supplement and re-brief Plaintiff's response to Defendants' motion to dismiss with brief incorporated, deny Defendants' motion to dismiss, and for all other proper relief.

Respectfully submitted,

/s/John Ogles

John Ogles
Arkansas Bar No. 89003
Texas Bar No. 00797922
OGLES LAW FIRM, P.A.
200 S. Jeff Davis
P.O. Box 891
Jacksonville, AR 72078
(501) 982-8339
(501) 985-1403 Facsimile
jogles@aol.com

CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of March, 2019, I served a copy of the foregoing to the following:

Sandra C. Bradshaw
PO Box 249
215 Main Street
Crossett, AR 71635

Alfred F. Angulo, Jr.
Robertson, Beasley, Shipley
& Robinson, PLLC
315 N. 7th St.
Fort Smith, AR 72903-0848

/s/John Ogles
_____
John Ogles